Court of Criminal App. No.# WR-22-317-20
Trial Court No.# 2010-447-C1D

22,317-20

# IN The HONORAble Court of CriminAl Appeals of TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

# 01860866

## Ex PaRte Steve Vic PaRkER -AKA- JeRRy WilsoN # 590690

## ApplicANt's RespoNse To The States DeficieNt ANsweR

PuRsuANt to ARt. 11.07 Tex. Code of Crim. Proc.

To The Honorable Justices of Said Court of Crim. Appeals:

Comes Now Applicant Steve Vic Parker -AKA- Jerry Wilson, in the Above styled And Numbered Habeas Corpus Action, And Respectfully submits the following Response to the States Answer for this Honorable Court to Review And concideration:

On May 16th, 2014, the Applicant filed this Application for Writ of Habeas Corpus pursuant to Art. 11.07 with the McLennan County District Clerk. After No Answer was filed by the Dist. Attorney. And No Finding of Facts or Conclusions of Law were entered by the Dist. Court. On June 14th, 2014, the Clerk transmitted the Application to this Honorable Court of Crim. Appeals.

Then on August 20th 2014, this Court issued An Order Abating this Cause And found the Applicant had Alleged Issues which, if true, might entitle him to Relief.

The Court of Crim. App. directed that the T.D.C.J. Office of the General Counsel to Respond to Applicant's claims for habeas Corpus Relief. The Trial Court was Order to Resolve the fact issues within 90 days of the C.C.P. Order. And the Trial Court was Also Order to Make Fact Findings And Conclusions of Law And to submitted A Supplemental Transcript, Along with the Trial Court's supplemental findings of facts And conclusions of Law back to the Court of Crim. Appeals within 120 days of the Court Order.

## The Trial Court Made Deficient Response

On December 18th, 2014, the Applicant Received the Trial Courts Deficient Response to the C.C.P. Court Order on Exactly the 120 day.

The TRial Court's Response is _Completely_ And _Totally_ _Deficient_, And _Fails_ to Comply with this Honorable Courts Orders.

This Honorable Court of Crim. App. _Specifically_ _Ordered_ the TRial Court to _MAKE_ _Findings_ _of_ _Fact_ _And_ _Conclusions_ _of_ _Law_ ReGarding the Applicant's Claim. Also this Honorable _Court_ _Ordered_ the TRial Court to _MAKE_ _A_ _Supplemental_ _Findings_ _of_ _Fact_ _And_ _Conclusions_ _of_ _Law_.

But the TRial Court Completely Failed to _Comply_ And _Totally_ Eq-NoRed this Courts ORders.

The TRial Court Response Makes Absolutely _No_ _Findings_ _of_ _Fact_ _And_ _Conclusions_ of _Law_ (NO LAW), NoR _Does_ the TRial Court _Make_ OR _Submit_ A _Supplemental_ _Findings_ of _Fact_ And _Conclusions_ of _Law_.

Therefore As it is _Clear_ the TRial Court Violated this Honorable Court's _Mandatory_ _Order_ by Failure to Comply.

## Findings of Fact And Conclusions of Law

The Applicant Has _Already_ _Been_ _Approved_ And _Released_ from the physical custody of T.O.C.J.I.D. on PARole Supervision on his ORiqinal Bell County Conviction by _Vote_ from the BoaRd of PaRdons And PaRole, CAuse No# _39,082_.

ExPARte Kuester, 21 S.W.3d 264,270 (Tex.Crim.App. 2000)
ExPARte MillARd, 48 S.W.3d 190 (Tex.Crim.App. 2001)
ExPARte Cowan, 171 S.W.3d 890 (Tex.Crim.App. 2005)
ExPARte Jesus Flores Salinas, 184 S.W.3d 240, 240 (Tex.Crim.App. 2006)
ARt. 42.08(a) Code of CRiminal PRoceduRe
Section 508.150(b) Tex. Gov. Code

## "CEASE TO OPERATE"

# PRAYER

Applicant Prays And Ask the Honorable Court of Criminal Appeals to carefully conduct A Review of the Facts And the Applicable Law. And After this Honorable Appeals Court concludes it's Review. The Applicant Prays that this Court of Appeals will Grant the Applicant's Writ of Habeas Corpus. And Order the Applicant's Release from Illegal Restraint.

Respectfully Submitted,
Steve Vic Parker #01860866
-AKA- Jerry Wilson #590690
Holliday Unit T.D.C.J.
295 IH-45 N.
Huntsville, TX. 77320

# Certificate of Service

I, Steve Vic Parker -AKA- Jerry Wilson, do hereby solemnly swear under penalty that the Above And foregoing Applicant's Response To The State Deficient Answer has been served on the McLennan County's District Attorney Abel Reyna, located At the McLennan County Courthouse Annex, Addressed to 501 Washington Ave. WACO, Tx. 76701. Also enclosed here-in is (5) five Sworn Affidavit in support. by placing true Copies of same in the Holliday Unit's U.S. mail system on this the 23Rd day of December 2014, pursuant to 28 U.S.C. sec. 1746.

Steve Vic Parker #01860866
-AKA- Jerry Wilson #590690
Applicant

CC.:#01
Response To State Answer

P. 4 of 4

State of Texas
County of Walker

## Sworn Affidavit

My name is Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. No.# 01860866 And I.D. No.# 590690 , Tex. C.I.D. No.# 02891217. I am over (21) twenty one years of age, of sound mind, capable of making this Affidavit. I am the Applicant/Offender/Releasee that is Presently being Illegally And Wrongfully Imprisoned in the physical custody of the T.D.C.J. Holliday Unit, located At 295 IH-45 N. Huntsville, Tx. 77320. I am personally Acquainted with the Facts here-in stated.

## Conviction "Cease To Operate"

On February 18th, 1992, I (Appl.) was Officially Approved And Lawfully Released from the physical custody of T.D.C.J.I.D. on Parole Supervision by VOTE from the Texas Board of Pardons And Paroles under the Bell County Tx. Conviction for U.U.M.V. pursuant to Cause No.# 39,082.

Therefore under Current Statutory Texas Law, pursuant to Art. 42.08(a). Tex. Code of Crim. Proc., the Bell County Conviction, cause No.# 39,082 "Cease To Operate" on February 18th, 1992, the same date I (Appl.) was Released under the name Jerry Wilson #590690, on Parole Supervision by B.P.P. Vote.

Also See: Tex. Gov. Code sec. 508.150(b).

ExParte Kuester, 21 S.W. 3d 264 (Tex. Crim. App. 2000)
ExParte Millard, 48 S.W. 3d 190 (Tex. Crim. App. 2001)
ExParte Cowan, 171 S.W. 3d 890, 893-94 (Tex. Crim. App. 2005)
ExParte Jesus Flores Salinas, 184 S.W. 3d 240, 240 Tx. Crim. App. 2006)

"Completion of Sentence" has the "Same Meaning" as "Lease To Operate"

## Sworn Declaration

I, Steve Vic Parker -aka- Jerry Wilson, T.D.C.J.I.D. No# 01860866 And I.D. No# 590690, do here-by solemnly swear under penalty of perjury that the above and foregoing affidavit is true and correct, and placed in the T.D.C.J. Holliday Unit U.S. mail system on this the 23rd day of December 2014, pursuant to 28 U.S.C. sec. 1746.

Steve Vic Parker #01860866
Jerry Wilson #590690
Affiant

CC:#01
Lease To Operate

P. 2 of 2

State of Texas
County of Walker

## Sworn Affidavit

My name is Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. No.# 0186 0866 And I.D. No.# 590690, Tex. C.I.D. No.# 02891217. I am over (21) twenty one years of age, of sound mind, capable of making this Affidavit. I am the Applicant / Offender / Releasee that is presently being Illegally And Wrongfully Imprisoned in the physical custody of the T.D.C.J. Holliday Unit, located At 295 IH-45 N. Huntsville, TX. 77320. I am personally Acquainted with the Facts here-in stated.

## Remedies Exhausted

Pursuant to Tex. Gov. Code sec. 501.0081, I (Appl.) Did Specifically Attempt to Resolve this Issue with the T.D.C.J. Time Dispute Resolution Office on (2) two seperate occasions.

1. On March 18th, 2011, I (Appl.) first filed A CL-147 form to the T.D.C.J. Time Dispute Resolution Office And specifically explained this Error And this Miscalculation of the (2) two concurrent (7) seven year sentences to this Office. And I (Appl.) Explained that I had Already been Approved And Released on Parole on my Original Conviction by Vote from the Texas Parole Board. Exparte Kuester, 21 S.W.3d 264 (2000)

But on July 12th, 2011, the Time Dispute Office Responded And Intentionally And Knowingly committed Perjury by stating that there was No Error. (Please Application, Ground No.# Two. p.#8.)

2. And "AGAIN" A second time, I (Appl.) Did Specifically Attempt to Resolve this Issue with the T.D.C.J. Time Dispute Resolution Office, pursuant to Tex. Gov. Code sec. 501.0081.

On August 18th, 2013, After being Falsely And Illegally Re-Arrested And Wrongfully Returned to T.D.C.J. Custody on A Ineligible Release Warrant.

I filed A CL-147 form to the T.D.C.J. Time Dispute Resolution Office And "Again" Specifically Explained this ERROR And this Miscalcutions of my Sentences, to them. And I Did Specifically Explain that my Orginal Conviction had "Cease To Operate" by Prior Parole Approval And Release by Vote from B.P.P.

But As of todays date of this Affidavit it has been well past 180 days And I Have Not Received A Response from the T.D.R. Office.

In direct Violation of Tex. Gov. Code sec. 501.0081.

## Sworn Declaration

I, Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. Number #01860866 And I.D. No# 590690, do here-by solemnly swear under penalty of perjury that the Above And foregoing Affidavit is true And correct, And A copy of same was placed in the T.D.C.J. Holliday Unit's U.S. mail system on this the 23rd, day of December 2014, pursuant to 28 U.S.C. sec. 1746.

Steve Vic Parker #01860866
-AKA- Jerry Wilson #590690
AFFIANT

State of Texas
County of Walker

## Sworn Affidavit

My Name is Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. No.# 01860866 and I.D. No.# 590690, Tex. C.I.D. No.# 02891217. I am over (21) twenty one years of Age, of sound mind, capable of making this Affidavit. I am the Applicant/Offender/Releasee that is presently being Illegally And Wrongfully Imprisoned in the physical custody of the T.D.C.J. Holliday Unit, located At 295 IH-45 N. Huntsville, TX. 77320. I am personally Acquainted with the Fact here-in stated.

## Affiant WAS NOT SERVED WITH STATES Affidavit

On October 09th, 2014, Charley Valdez, A Program Supervisor III for the Classification And Records Department of the Texas Department of Criminal Justice Institutional Division, submitted An Affidavit to the Trial Court in Response to As Ordered by the Court of Criminal Appeals.

Charley Valdez, is Not from the Office of the General Counsel.

And the Affiant/Applicant WAS NOT PROVIDED With A Copy of Charley Valdez's Affidavit. And I HAVE NOT RECEIVED A Copy from the Trial Court. IN Direct Violation of Art. 11.07 C.C.P.

## Sworn Declaration

I, Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. No.# 01860866 And I.D. No.# 590690, do here-by solemnly swear under penalty of perjury that the Above And foregoing Affavit is true And correct, And A copy of same was placed in the T.D.C.J. Holliday Unit's U.S. Mail System on this the 23rd day of December 2014, pursuant to 28 U.S.C. sec. 1746.

Steve Vic Parker #01860866
-AKA- Jerry Wilson #590690
Affiant

Cc:#01
Affidavit Not served.                    P. 1 of 1

State of Texas
County of Walker

# Sworn Affidavit

My name is **Jerry Wilson** -AKA- **Steve Vic Parker**, T.D.C.J.
I.D. No.# **590690** And No.# **01860866**, Tx. C.I.O. No.#
**02891217**. I am over (21) twenty one years of Age, of
sound mind, capable of making this Affidavit. I am the
Applicant/Offender/Releasee that is presently being Ill-
egally And Wrongfully Imprisoned in the phyical custody of
T.D.C.J. Holliday Unit, located At 295 IH-45 N. Huntsville,
Texas 77320. I am personally Acquainted with the Facts here-
in stated.

## Facts In Support, Ground No.# 1,

On February 05th 1990, I was Arrested under the Name
of **Jerry Wilson** in Bell County (Belton) Texas, And charged
with the Offense of Unauthorized Use of A Motor Vehic-
Al. And on April 25th, 1991, I was convicted under the
Name of **Jerry Wilson** After pleading quilty to the said
Offense of U.U.M.V. And sentenced to the Max Term of
(20) years in the custody of T.D.C.J.I.D.

I have since been Released from the phyical custody of
T.D.C.J.I.D. under this Conviction And Sentence And this
Cause No.# **39,082** on (3) Three seperate Occasions, (1)
Once on Parole Approved Supervision by Vote from
the Board of Pardons And Paroles. "Cease To Operate"
Exparte Kuester, 21 S.W. 3d 264, 271 (Tx. Crim.App. 2000)

And (2) Twice to Statutory Mandatory Supervision Release.

Then (20) Twenty years "After" this Conviction had officially CEASE To OPERATE, ON February 22nd, 2010 while I was at Liberty on Statutory Mandatory Supervision, I was arrested in McLennan County (WACO) Texas under the name of Steve Vic Parker And charged with (2) Two Counts of Theft less than $1,500 with prior Convictions.

Then on October 13th, 2010, under Cause No.# 2010-447-C1 And under the name Steve Vic Parker, I was Convicted by A Jury in the 19th District Court of McLennan County for the (2) Two Counts of Theft. And as punishment I was sentenced to (2) Two Concurrent (7) seven year terms to be served in T.D.C.J.I.D.

The Judge then Ordered that the (2) Two Concurrent (7) seven year sentences to be stacked or Consecutive on Top the Bell County Cause No.# 39,082.

Then on December 15th 2010, I was Transferred from the McLennan County Jail to the T.D.C.J.I.D. Churney Unit. And upon my arrival at the "Intake Facility," And because the prior Bell County Conviction had Already "Cease To Operate" by Parole Board "Vote" And Release, I was Correctly Processed Into the prison system And Identified As Steve Vic Parker And Correctly Issued A New T.D.C.J. I.D. No.# 01860866.

To which Correctly begin And started the (2) Two Concurrent (7) seven year sentences under Cause No.# 2010-447-C1

into Operation. And At this same Instant the Operation of the (20) Twenty year Bell County Conviction And Sentence that had "Cease To Operate" was Correctly Stopped. (By Law pursuant Art. 42.08(a) C.C.P. And the Tex. Gov. Code sec. 508.150(b).)

Then Approx. (1) one month After the completion of the Intake Process At the Gurney Unit, on January 18th, 2011, T.D.C.J.I.D. Re-Processed me, And I was Incorrectly Switched to the Bell County (20) Twenty year sentence under Cause No.# 39,082, under the Name Jerry Wilson And the Old I.D. No.# 590690. To which Incorrectly Re-Started the Bell County Conviction Back Into Operation.

In Direct Violation of Double Jeopardy, U.S.C. 5th Amendment

Therefore At this point the Correct And Proper Operation of Both Conviction And Both Sentences had Been Correctly Started And Wrongfully Stopped.

ExParte Kuester, 21 S.W. 3d 264 (Tex. Crim. App. 2000)
ExParte Jesus Flores Salinas, 240, 240 (Tex. Crim. App. 2006)

## Sworn Oath

I, Jerry Wilson -AKA- Steve Vic Parker, T.D.C.J.I.D. No.# 590690 And I.D. No.# 01860866, do hereby solemnly swear under penalty of perjury that the Above and foregoing Affidavit is True And Correct pursuant to 28 U.S.C. sec. 1746, signed on this the 23Rd day of December 2014.

Jerry Wilson #590690
-AKA- Steve Vic Parker #01860866
Affiant

State of Texas
County of Walker

## Sworn Affidavit

My Name is <u>Jerry Wilson</u> -aka- <u>Steve Vic Parker</u>, T.D.C.J.I.D. No.# <u>590690</u> And No.# <u>01860866</u>, Tx. L.I.D. No# <u>02891217</u>. I am over (21) years of Age, of sound mind, Capable of making this Affidavit. I am the Applicant/Offender/Releasee that is presently being Illegally And Wrongfully Imprisoned in the phyical custody of T.D.C.J. Holliday Unit, located At 295 IH-45 N. Huntsville, TX. 77320. I am personally Acquainted with the <u>Facts</u> here-in stated.

## <u>Ground No.# 3.</u>
### <u>Facts In Support</u>

I am presently Illegally Restrained And Confined in the custody of T.D.C.J.I.D. on A <u>Void Sentence</u>. After being Wrongfully Re-Arrested without Justification, pursuant to the U.S. Const. And the Texas Const. Due Process of Law. Also in violation of Texas Law Art. 42.08(a) C.C.P. "<u>Cease To Operate</u>" And Tex. Gov. Code Sec. 508.150(b). Also See: Art. 42.18 Sec. 8(c), C.C.P.

Approx. (2) Two Years After the T.D.C.J. C.R.O. Time Dispute Office Intentionally And Knowingly Commited Aggravated Perjury.

On March 27th, 2013, T.D.C.J. Classifications And Records Office Again Re-Calculated the same Consecutive Sentences

And the Substantual Error WAS Corrected

And directly because the Appl.'s Original Bell County Conviction (Cause No.#39,082) Has Already "Cease To Operate", by Prior Parole Approval And Release by Vote from the Texas Board of Pardons And Paroles. The Consecutive Sentences were Correctly Unstacked And Changed to Concurrent. Pursuant to Texas Law Art. 42.08(a) C.C.P., See: ExParte Kuester, 21 S.W.3d 264, 271 (Tx.Crim.App. 2000)

Then on April 11th, 2013, After the proper And legal Correction was made, I was Correctly Released from the physical custody of T.D.C.J.I.D. to Statutory Mandatory Supervision under Both Convictions, And under Both the McLennan County Cause No.# 2010-447-C1 And under the Bell County Cause No.# 39,082 Both on the same Release Certificate Contract.

And on the same Release Certificate Contract I was Released under the Alias Name of Jerry Wilson, under this I.D. No.#590690, with this Cause No# 2010-447-C1 As the Controling Conviction And As the Controling Sentence Length.

Once I was Released on April 11th, 2013, I then Remained At Liberty on Statutory Mandatory Supervision for A Total of 79 days. Then on June 26th, 2013, T.D.C.J.C.R.O. Again Re-calculated the same Consecutive Sentences, And Again Incorrectly Re-Stacked Them.

And on June 27th, 2013, the Texas Parole Board (B.P.P.) Issued An Ineligible Release Warrant for my Re-Arrest. And on June 28th, 2013, the B.P.P. Warrant was Executed. And on July 17th, 2013, Without Notice or A Hearing, I was Transferred

Back into the Physical Custody of T.D.C.J. At the Holliday Unit.

Then on Sept. 30th, 2013, Over (90) Ninety Days After I was Illegally Re-Arrested, I was Finally brought before the Board of Pardons And Paroles Hearing Officer for An Ineligible Release Hearing. And then (04) four days After the Hearing Concluded, on October 04th 2013, ▮▮▮

And because I (Appl.) had Already been previously Approved And Released on Parole Supervision by Vote from the Tex. Parole Board. On his Original Conviction under Cause No.# 39,082. "Cease To Operate"

The B.P.P. Hearing Officer Acquitted me for the Allegation of being Ineligible Released, The B.P.P. Hearing Officer Specifically Ruled in his Written Report that, Quote; I find that the Offender Has Met the Eligibility Date for Release On All Offenses." Unquote

Please see Hearing Report, Cause No.# 39,082-L

As A Result of the Acquittal by the B.P.P. Hearing Officer my statutory supervision was Not Revoked And it is still Valid.

But I was Not Re-Released. I'am Illegally Restrained in T.D.C.J.I.D. Custody.

## Sworn Declaration

I Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. No# 01860866, And I.D. No.# 590690, do hereby solemnly swear under penalty of perjury that the Above And foregoing Affidavit is True And Correct, And A Copy of same was placed in the T.D.C.J. Holliday Unit's U.S. mail system on this the 23rd day of December 2014, pursuant to 28 U.S.C. sec. 1746.

#01860866
Steve Vic Parker
-AKA- Jerry Wilson #590690
Affiant